# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

MICHAEL TRAN,

    Defendant.

Case No. 19-mj-71756 (NC)

**DETENTION ORDER**

Hearing: 10/31/19

In accordance with the Bail Reform Act, 18 U.S.C. § 3142, the Court on October 31, 2019, held a detention or release hearing for defendant Michael Tran. The Court concluded that Tran must be detained as a danger to the community.

Tran is charged by complaint in this judicial district for one felony count of felon in possession of ammunition (18 U.S.C. § 922(g)(1)). *See* Complaint, ECF 1, filed 10/25/2019. Tran first appeared in federal court on this charge on October 25, 2019. He is presumed innocent of the charge and nothing in this order may be construed as evidence of his guilt. He appeared at the detention hearing with his appointed counsel, AFPD Robert Carlin. Tran was advised of his rights and was advised that he may appeal this detention order to the general duty District Court judge.

Both parties presented their factual assertions by proffer and the government

presented to the defense and to the Court an edited video of events at a café where Tran is alleged to have fired six shots from a firearm on March 16, 2019. The parties and the Court were assisted by a pre-bail report prepared by Pretrial Services dated October 30; Pretrial recommended detention based on danger to the community.

Based on the information presented to the Court and considering all the factors set forth in 18 U.S.C. § 3142(g), the Court determined that the prosecution has shown by more than clear and convincing that there is no combination of conditions that will reasonably assure the safety of the community. Factors considered of concern to the Court: nature and circumstances of the instant offense (possession and use of a firearm in a dangerous manner); instant offense committed while on community supervision; prior convictions for crime of violence and firearms offense and controlled substance; Tran alleged to be member in violent criminal street gang; and history of controlled substance usage. As to risk of non-appearance, the Court concluded that there are a combination of conditions that could reasonably assure the defendant's future appearances, given that he posted bail this year in state court, had made court appearances in state court, did not have a history of failure to appear in earlier cases, has full employment, and has familial and social connections to this community.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Date: October 31, 2019

Nathanael M. Cousins
United States Magistrate Judge